Decided 8 July, 1901.
## STATE *v.* TOY TOY.

From Umatilla: WILLIAM R. ELLIS, Judge.

An Indian named Toy Toy was not satisfied with a sentence of death following a conviction on a charge of murder by poisoning, and appealed.          REVERSED.

*Messrs. William Parsons* and *R. J. Slater*, for appellant.

*Messrs. D. R. N. Blackburn*, Attorney-General, and *Thos. G. Hailey*, District Attorney, for the state.

MR. JUSTICE WOLVERTON delivered the opinion.

This is an appeal from a judgment of conviction against the defendant Toy Toy for the crime of murder, who was jointly indicted with Columbia George, but tried separately. The facts are the same as those attending the appeal of Columbia George just decided, and the result is necessarily the same.

The judgment will, therefore, be reversed, and the cause remanded with directions to discharge this defendant also.          REVERSED.